In the Matter of the Application of ROBERT J. ROONEY, Petitioner, Respondent, for a Mandamus Order against WILLIAM GORHAM RICE, President, JOHN C. CLARK and HOWARD G. E. SMITH, Constituting the New York Civil Service Commission, Appellants. LOUIS FISCHER and ELSIE WALDECK, Intervenors; HENRY W. RALPH, Interested Party.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of NENZI ROZZO, Appellant, against FRERO REALTY Co., INC., and Another, Respondents, Impleaded with Another.— As it appears that the Special Term has indicated that the appellant may renew the motion to punish for contempt upon the completion of the examination of Anthony Freda, we see no reason to interfere with the exercise of the court's discretion at this time. Order unanimously affirmed, with twenty dollars costs and disbursements. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

B. T. B. HOLDING CORP., Respondent, v. TREMONT MAPES CORP., Defendant, Appellant, CLEMENT H. SMITH, BERNARD FLIASHNICK and PHILIP FLIASHNICK, Impleaded Defendants, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements to the appellant, and the motion granted to the extent of allowing an examination of the plaintiff by its president, Clement H. Smith, and by its secretary, Augusta S. Mayer, and of the individuals Clement H. Smith, Bernard Fliashnick, Philip Fliashnick and Augusta S. Mayer, on all demands except item " 2," which is denied. Upon such examination there will be produced the books and papers referred to in subdivisions " 4 " and " 5 " of the notice of motion. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

EDGAR MAYER, Respondent, v. ARCHITECTURAL TILING COMPANY, INC., a New Jersey Corporation, Appellant, Impleaded with Another.— Order denying motion of defendant-appellant for a further bill of particulars unanimously affirmed. Order denying motion of defendant-appellant for an examination of plaintiff before trial unanimously reversed and said motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Conducting a Banking Business as BANK OF THE MANHATTAN COMPANY, Respondent, v. ALWIN C. ERNST and Others, Copartners, etc., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Conducting a Banking Business as BANK OF THE MANHATTAN COMPANY, Respondent, v. ALWIN C. ERNST and Others, Copartners, etc., Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

DOROTHY KULKIN, Appellant, v. LOUIS SCHNEIDER, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.